

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00918-CV

**IN THE INTEREST OF Z.O.M.** and K.R.M., Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CI09446
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

Appellee's motion for rehearing is denied. On the Court's own motion, we withdraw our prior Opinion and judgment in this case, and substitute today's Opinion and judgment in their stead. In accordance with this court's opinions of this date, the trial court's award of attorney's fees is REVERSED and judgment is RENDERED that appellee take nothing on her request for attorney's fees. Appellee's motion for appellate sanctions is DENIED. It is ORDERED that appellants recover their costs of this appeal from appellee.

SIGNED September 30, 2020.

Luz Elena D. Chapa, Justice